IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| ADRIAN BOMBIN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SOUTHWEST AIRLINES CO.,<br><br>Defendant. | CIVIL ACTION<br><br><br>No: 20-CV-01883<br><br>ORAL ARGUMENT REQUESTED |

## MOTION OF SOUTHWEST AIRLINES CO.
## TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER

Pursuant to Rule 12(b)(6), Fed. R. Civ. P., defendant Southwest Airlines Co. respectfully moves to dismiss the Complaint and action for failure to state a claim for which relief may be granted for the reasons set forth in the concurrently filed MEMORANDUM IN SUPPORT OF SOUTHWEST AIRLINES CO.'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER.  As set forth therein, Southwest also seeks dismissal of the Complaint and action pursuant to Rule 12(b)(1) for lack of subject matter jurisdiction.  In the alternative, Southwest moves for a transfer of the case to the U.S. District Court for the Northern District of Texas.

Dated:     June 22, 2020                                    Respectfully submitted,

|  |  |
|---|---|
|  | James T. Moughan (PA I.D. 33045) |
| Todd A. Noteboom (PA I.D. 308557) | BENNETT BRICKLIN & SALTZBURG LLC |
| STINSON LLP | Centre Square West Tower, 32nd Floor |
| 50 South Sixth Street, Suite 2600 | 1500 Market Street |
| Minneapolis, MD 55402 | Philadelphia, PA  19102 |
| Telephone: (612) 335-1894 | Telephone: (215) 665-3402 |
| Todd.noteboom@stinson.com | Facsimile: (215) 561-6661 |
|  | moughan@bbs-law.com |

2

M. Roy Goldberg  
STINSON LLP  
1775 Pennsylvania Avenue, N.W., Suite 800  
Washington, D.C. 20006  
Telephone: (202) 728-3005  
Roy.goldberg@stinson.com  
(Admitted Pro Hac Vice)

*Counsel for Defendant Southwest Airlines Co.*

## **CERTIFICATE OF COMPLIANCE**

I certify that on June 3, 2020, the parties met and conferred by telephone in a conversation between Jeff Ostrow and Melissa Weiner for Plaintiffs, and Todd Noteboom and Roy Goldberg for Defendant, regarding the Defendant's legal arguments for why the Defendant maintains that the Plaintiff's claim should be dismissed or transferred, as ultimately Defendant set forth in the MEMORANDUM IN SUPPORT OF SOUTHWEST AIRLINES CO.'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER after Plaintiffs did not unilaterally withdraw or transfer their claim.

Date:   June 22, 2020

 /s/ M. Roy Goldberg
 M. Roy Goldberg
 STINSON LLP
 1775 Pennsylvania Avenue, N.W., Suite 800
 Washington, D.C. 20006
 Telephone: (202) 728-3005
 Roy.goldberg@stinson.com
 (Admitted Pro Hac Vice)

*Counsel for Defendant Southwest Airlines Co.*

**CERTIFICATE OF SERVICE**

  I, James T. Moughan, hereby certify that a true and correct copy of the foregoing was filed electronically and was made available for viewing and downloading via the Court's CM/ECF system, and all counsel of record was served via the court's CM/ECF system notification. A courtesy copy of the foregoing was emailed to Chambers_of_Judge_John_Gallagher @paed.uscourts.gov.

Date:   June 22, 2020          */s/ James T. Moughan*
                     James T. Moughan (PA I.D. 33045)