# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ADRIAN BOMBIN, *et al.*,     Plaintiffs, <br><br> v. <br><br> SOUTHWEST AIRLINES CO.,     Defendant. | : <br> : <br> : <br> :    Civil No. 5:20-cv-01883-JMG <br> : <br> : <br> : |

# ORDER

**AND NOW**, this 16th day of December, 2022, upon consideration of Plaintiffs Adrian Bombin and Samantha Rood's Motion to Strike (ECF No. 95), Defendant Southwest Airlines Co.'s Response in Opposition to Plaintiffs' Motion to Strike (ECF No. 100), any replies thereto, and for the reasons provided in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** as follows:

Plaintiffs' Motion to Strike (ECF No. 95) is **DENIED.**

Defendant's Motion to Seal Document (ECF No. 99) is **DISMISSED AS MOOT.**

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge