# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ADRIAN BOMBIN, *et al.*, : <br>         Plaintiffs, : <br> : <br> v. : <br> : <br> SOUTHWEST AIRLINES CO., : <br>         Defendant. : | Civil No. 5:20-cv-01883-JMG |

## ORDER

**AND NOW**, this 27th day of March, 2023, upon consideration of Defendant Southwest Airlines Co.'s Motion to Exclude Testimony of Dr. Christopher J. Bennett, Ph.D. under *Daubert v. Merrell Dow Pharmaceuticals, Inc.* (ECF No. 89), Plaintiffs' Response in Opposition of Defendant's Motion to Exclude Testimony (ECF No. 133), Defendant's Reply in Support of its Motion to Exclude Testimony (ECF No. 140), any replies and exhibits thereto, and for the reasons provided in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** Defendant's Motion to Exclude Testimony of Dr. Bennett under *Daubert* (ECF No. 89) is **DENIED**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge