IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ADRIAN BOMBIN, *et al.,* : | |
|         Plaintiffs, : | |
| : | |
|      v.              : | Civil No. 5:20-cv-01883-JMG |
| : | |
| SOUTHWEST AIRLINES CO., : | |
|         Defendant. : | |

**ORDER**

**AND NOW**, this 7th day of September, 2023, upon consideration of Plaintiffs' Motion to Certify Class (ECF No. 71), Defendant's Response in Opposition of Plaintiffs' Motion to Certify Class (ECF No. 85), Plaintiffs' Reply in Support of the Motion to Certify Class (ECF No. 145), Defendant's Sur-Reply (ECF No. 153), Plaintiffs' Motion to Exclude Under Rule 702 Portions of the Expert Reports of Darin N. Lee, PhD (ECD No. 146), Defendant's Response in Opposition to the Motion to Exclude (ECF No. 154), Plaintiffs' Reply in Support of the Motion to Exclude (ECF No. 158), any replies and exhibits thereto, and for the reasons provided in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Plaintiffs' Motion to Exclude Under Rule 702 Portion so the Expert Reports of Darin N. Lee, PhD (ECF No. 146) is **DENIED.**

**IT IS FURTHER ORDERED** that Plaintiffs' Motion to Certify Class (ECF No. 71) is **DENIED.**

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge