# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ADRIAN BOMBIN, *et al.*, : | |
|     Plaintiffs, : | |
| : | |
| v. : | Civil No. 5:20-cv-01883-JMG |
| : | |
| SOUTHWEST AIRLINES CO., : | |
|     Defendant. : | |

## ORDER

**AND NOW**, this 18th day of July 2024, upon consideration of Plaintiffs' Motion for Reconsideration (ECF No. 175), Defendant's Response in Opposition (ECF No. 183), Plaintiffs' Reply to Response in Opposition (ECF No. 185), and Defendant's Second Response in Opposition (ECF No. 188), **IT IS HEREBY ORDERED** that the Motion (ECF No. 175) is **DENIED.**

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge